# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  TROY W. ONLEY & BRIDGET D.L. ONLEY          Case Number: 06-71779
2187 FOREST DRIVE                       SSN-xxx-xx-3720 & xxx-xx-1321
BELVIDERE, IL  61008

Case filed on:      9/28/2006
Plan Confirmed on:  2/16/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $12,596.50          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | LAW OFFICE OF HENRY REPAY | 2,774.00 | 2,774.00 | 2,500.00 | 0.00 |
|  | Total Legal | 2,774.00 | 2,774.00 | 2,500.00 | 0.00 |
| 003 | LOUIS FREEDMAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ATTORNEY ADAM LONG | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ROCKFORD MERCANTILE AGENCY, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ENCORE RECEIVABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | BAKER, MILLER, MARKOFF & KRASNY | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | FLANDERS AGENCY INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ROCKFORD MERCANTILE AGENCY, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ROCKFORD MERCANTILE AGENCY, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | MB PREFERRED SOLUTIONS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | ROCKFORD MERCANTILE AGENCY, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | ACCOUNT RECOVERY SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | ACADEMY COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | ACADEMY COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | DENNIS A. BREBNER & ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | DENNIS A. BREBNER & ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | IHC SWEDISH AMERICAN EMERGENCY PHYS. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | TROY W. ONLEY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | PORTFOLIO RECOVERY ASSOCIATES | 6,429.69 | 6,429.69 | 5,580.30 | 781.72 |
| 005 | TCF NATIONAL BANK | 611.62 | 611.62 | 611.62 | 0.00 |
| 006 | TCF NATIONAL BANK | 2,158.94 | 2,158.94 | 2,158.94 | 0.00 |
|  | Total Secured | 9,200.25 | 9,200.25 | 8,350.86 | 781.72 |
| 001 | RUSSELL K. & BERNICE J. ANDERSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAMELOT RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | DISCOVER FINANCIAL SERVICES | 5,251.54 | 2,835.83 | 20.47 | 0.00 |
| 011 | DISCOVER FINANCIAL SERVICES | 10,762.89 | 5,811.96 | 41.96 | 0.00 |
| 013 | GENERAL CASUALTY | 226.22 | 122.16 | 0.00 | 0.00 |
| 015 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | NORTHERN ILLINOIS SCANNING | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | OB-GYN ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | OSF SAINT ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | RADIOLOGY CONSULTANTS ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ROCK VALLEY PATHOLOGISTS, LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ROCKFORD ASSOCIATED PATHOLOGISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | ROCKFORD HEALTH PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | PORTFOLIO RECOVERY ASSOCIATES | 3,711.71 | 2,004.32 | 0.00 | 0.00 |
| 035 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | UIC CLINICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | LELAND W. & DIANNE M. ONLEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | MUTUAL MANAGEMENT SERVICES | 8,026.55 | 4,334.34 | 31.29 | 0.00 |
| 046 | ACCOUNT RECOVERY SERVICES | 1,210.00 | 653.40 | 0.00 | 0.00 |
| 047 | CREDITORS PROTECTION SERVICE, INC | 2,601.96 | 1,405.06 | 0.00 | 0.00 |
| 048 | AFNI/VERIZON | 158.85 | 85.78 | 0.00 | 0.00 |
| 049 | ROCKFORD MERCANTILE AGENCY INC | 11,421.20 | 6,167.45 | 44.52 | 0.00 |
| 050 | LELAND AND DIANNE ONLEY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 43,370.92 | 23,420.30 | 138.24 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | Grand Total: | 55,345.17 | 35,394.55 | 10,989.10 | 781.72 |
|---|---|---|---|---|---|

Total Paid Claimant:     $11,770.82
Trustee Allowance:          $825.68
Percent Paid Unsecured:        0.59

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008            By  /s/Heather M. Fagan